UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| HONG LEONG FINANCE LIMITED (SINGAPORE), | Case No.: 1:12-cv-06010-JMF-GWG |
| Plaintiff, | Related Case No.: 1:10-cv-08086-JMF-GWG |
| -vs.- | |
| MORGAN STANLEY; PINNACLE PERFORMANCE LIMITED; MORGAN STANLEY ASIA (SINGAPORE) PTE; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES LLC; MORGAN STANLEY & CO. LLC | |
| Defendants. | |

------------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO STAY DISCOVERY

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Jonathan K. Youngwood executed April 12, 2013 and the exhibits attached thereto, and all of the prior papers and proceedings herein, Defendants Morgan Stanley, Pinnacle Performance Limited, Morgan Stanley Asia (Singapore) Pte, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, and Morgan Stanley & Co. LLC (collectively "Defendants") will move before the Honorable Judge Gabriel W. Gorenstein, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for a protective order staying discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Pursuant to this Court's briefing schedule, as set forth at the April 5, 2013 pre-trial conference, the opposition papers are due by April 19, 2013, and the reply papers are due by April 26, 2013.

Dated: New York, New York
April 12, 2013

SIMPSON THACHER & BARTLETT LLP

BY: _____
    Bruce D. Angiolillo
      *bangiolillo@stblaw.com*
    Jonathan K. Youngwood
      *jyoungwood@stblaw.com*
    Andrew D. W. Cattell
      *acattell@stblaw.com*
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone:  (212) 455-2000
    Facsimile:   (212) 455-2502

*Attorneys for Defendants Morgan Stanley, Pinnacle Performance Limited, Morgan Stanley Asia (Singapore) Pte., Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC, and Morgan Stanley & Co. LLC*
